**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of July, two thousand twenty-five.

Before: Gerard E. Lynch,
Steven J. Menashi,
Eunice C. Lee,
*Circuit Judges*.

---

Banoka S.À.R.L., ATYS S.A., Renato Picciotto, Jacques Champy, Jean Bissonnet,

Petitioners - Appellants,

v.

Elliott Management Corp., Elliott Investment Management L.P., Elliott Associates L.P., Elliott International L.P.,

Respondents - Appellees,

Alvarez & Marsal, Inc., Alvarez & Marsal Transaction Advisory Group, LLC, Alvarez & Marsal Holdings, LLC,

Respondents.

---

**JUDGMENT**

Docket No. 24-1352

The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the order of the district court is AFFIRMED.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court